```
 1  LOUIS A. HIGHMAN, CBN 61703
    BRUCE J. HIGHMAN, CBN 101760
 2  HIGHMAN, HIGHMAN & BALL
    A Professional Law Association
 3  870 Market Street, Suite 467
    San Francisco, CA 94102
 4  Telephone:  (415) 982-5563

 5  Attorneys for Plaintiff WILLIAM O'SULLIVAN
```

United States District Court

Northern District of California

| | |
|---|---|
| WILLIAM O'SULLIVAN, | No. C 07-04213 EMC |
| Plaintiff, | PLAINTIFF WILLIAM O'SULLIVAN'S DEMAND FOR JURY TRIAL |
| -v- | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DOES I-XX, | |
| Defendants. | |

Plaintiff William O'Sullivan, by and through his attorneys of record, Louis A. Highman and Bruce J. Highman, of Highman, Highman & Ball, A Professional Law Association, hereby demands a trial by jury in the above-entitled matter.

DATED:  August 31, 2007.

                              LOUIS A. HIGHMAN
                              BRUCE J. HIGHMAN
                              HIGHMAN, HIGHMAN & BALL

                              By /s/ Louis A. Highman
                              LOUIS A. HIGHMAN
                              Attorneys for Plaintiff
                              WILLIAM O'SULLIVAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Plaintiff William O'Sullivan's Demand for Jury Trial, Case No. C 07-04213 EMC