MICHAEL A. LAURENSON (SBN: 190023)
ADAM B. SUGARMAN (SBN: 238470)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'SULLIVAN, <br><br> Plaintiff and Petitioner, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; Does I-XX <br><br> Defendants and Respondents. | Case No. 3:07-cv-04213-EMC <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

TO THE HONORABLE COURT:

The Parties respectfully request that notice be taken of the following:

Plaintiff WILLIAM O'SULLIVAN and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA have engaged in good faith settlement negotiations with respect to the above-entitled matter ("Action") and have reached a conditional settlement.

The Parties will file a stipulated order of dismissal of the entire Action with prejudice upon finalization of a formal settlement agreement and satisfaction of the terms of such agreement.

The Parties anticipate the stipulated order of dismissal will be filed within 60 days of the date of this Notice.

///

///

NOTICE OF CONDITIONAL SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated: October 31, 2007 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: /s Michael Laurenson |
| | | MICHAEL A. LAURENSON |
| 4 | | Attorneys for Defendant |
| | | THE REGENTS OF THE |
| 5 | | UNIVERSITY OF CALIFORNIA |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On October 31, 2007, I served the within documents:

NOTICE OF CONDITIONAL SETTLEMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

>   Louis A. Highman
>   Bruce J. Highman
>   Highman, Highman & Ball
>   870 Market St., Suite 467
>   San Francisco, CA 94102
>   Tel: (415) 982-5563
>   Fax: (415) 982-5202

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 31, 2007, at San Francisco, California.

_____<br>Bob Lieberman

*William O'Sullivan v. The Regents of the University of California, et al.*
*Case No. CGC-07-465498*