UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM O'SULLIVAN,

        Plaintiff(s),

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

        Defendant(s).

Case No. 3:07-cv-04213-EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 2, 2007

Signature [signed]

Michael A. Laurenson

Counsel for: THE REGENTS
(Name of party or indicate "pro se")