MICHAEL A. LAURENSON (SBN: 190023)
ADAM B. SUGARMAN (SBN: 238470)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'SULLIVAN,<br><br>  Plaintiff and Petitioner,<br><br> vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; Does I-XX<br><br>  Defendants and Respondents. | Case No. 3:07-cv-04213-EMC<br><br>**CASE MANAGEMENT STATEMENT** |

TO THE HONORABLE COURT:

Plaintiff WILLIAM O'SULLIVAN and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA have reached a settlement in the above-entitled matter (the "Action"). THE REGENTS is currently processing the settlement check, and the parties will file a stipulated order of dismissal of the entire Action with prejudice within 30 days.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: January 9, 2008 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: /s Michael Laurenson<br>MICHAEL A. LAURENSON<br>Attorneys for Defendant |
| 4 | | THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA |