UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'SULLIVAN, | Case No. C07-4213 EMC |
| Plaintiff and Petitioner, | |
| v. | **CLERK'S NOTICE** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., | |
| Defendants | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for January 16, 2008 at 1:30 p.m. is reset for **February 27, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. A Joint Case Management Conference Statement shall be filed by February 20, 2008.

Dated: January 10, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy