1  LOUIS A. HIGHMAN, CBN 61703
   BRUCE J. HIGHMAN, CBN 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Facsimile: (415) 982-5202
5
   Attorneys for Plaintiff
6  WILLIAM O'SULLIVAN

7

8                UNITED STATES DISTICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   WILLIAM O'SULLIVAN,                  Case 3:07-CV-04213-EMC
11
        Plaintiff,                      STIPULATION TO DISMISS
12                                      ENTIRE ACTION WITH
    -v-                                 PREJUDICE; ORDER
13
   THE REGENTS OF THE                   (F.R.Civ.P. Rule 41(a)(1))
14 UNIVERSITY OF CALIFORNIA,

15      Defendant.

16 _____/

17      Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1),

18 William O'Sullivan, plaintiff, and The Regents of the

19 University of California, defendant (all the named parties as

20 to the above-entitled action), by and through their respective

21 attorneys, do hereby stipulate to dismiss the above-entitled

22 action in its entirety with prejudice, each side to bear their

23 own attorneys' fees and costs.

24                              LOUIS A. HIGHMAN, ESQ.
                                BRUCE J. HIGHMAN, ESQ.
25                              HIGHMAN, HIGHMAN & BALL

26 DATED: 11/11/2007           _____
                                Attorneys for Plaintiff
27                              WILLIAM O'SULLIVAN

28
                                  1

1

2

MICHAEL A. LAURENSON, ESQ.
ADAM B. SUGARMAN, ESQ.
GORDON & REES LLP

3

4

DATED: _1/25/08_

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

5

6

<u>ORDER</u>

7

Good cause appearing therefor, IT IS SO ORDERED.

8

9

10

DATED: _____

HON. EDWARD M. CHEN
United States Magistrate
Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2