LOUIS A. HIGHMAN, CBN 61703
BRUCE J. HIGHMAN, CBN 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Facsimile: (415) 982-5202

Attorneys for Plaintiff
WILLIAM O'SULLIVAN

UNITED STATES DISTICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O'SULLIVAN,<br><br>Plaintiff,<br><br>-v-<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant.<br>_____________________________/ | Case 3:07-CV-04213-EMC<br><br>STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER<br><br>(F.R.Civ.P. Rule 41(a)(1)) |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), William O'Sullivan, plaintiff, and The Regents of the University of California, defendant (all the named parties as to the above-entitled action), by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice, each side to bear their own attorneys' fees and costs.

LOUIS A. HIGHMAN, ESQ.
BRUCE J. HIGHMAN, ESQ.
HIGHMAN, HIGHMAN & BALL

DATED: 11/19/2007

Attorneys for Plaintiff
WILLIAM O'SULLIVAN

MICHAEL A. LAURENSON, ESQ.
ADAM B. SUGARMAN, ESQ.
GORDON & REES LLP

DATED: 1/25/08

Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

ORDER

Good cause appearing therefor, IT IS SO ORDERED.

DATED: January 28, 2008

HON. EDWARD M. CHEN
United States Magistrate
Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

2

Stp. to Dismiss and Order—Case 3:07-CV-04213 EMC